IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| RONNIE LONTERRY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4: 14-CV-658-SLB-TMP |
| ) | |
| DR. TERRY ANDRATEE, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 20, 2014, recommending that the plaintiff's application to proceed *in forma pauperis* be denied and this civil action be dismissed without prejudice for lack of subject matter jurisdiction.  No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the plaintiff's application to proceed *in forma pauperis* is **DENIED** and this civil action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.  A Final Judgment will be entered.

DATED this 14th day of July, 2014.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE